# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| ORIYOMI ALOBA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:23-cv-00255-LCB-SGC |
| BUREAU OF PRISONS, | ) |
| Defendant. | ) |

## **MEMORANDUM OPINION**

The magistrate judge entered a report on April 13, 2023, recommending the dismissal of this action without prejudice under the so-called "three strikes" provision of 28 U.S.C. § 1915(g).  (Doc. 4).  Following receipt of a notice of change of address, the Clerk of Court sent a copy of the report and recommendation to the plaintiff's new address on April 26, 2023.  (Doc. 6).  The plaintiff has objected. (Doc. 8).

The plaintiff's objections contend the three-strikes provision is an unconstitutional barrier to his right to access the courts.  (Doc. 8).  The court notes the three-strikes rule does not bar access to the courts; instead, it requires prisoners with a history of frivolous litigation to pre-pay filing and administrative fees unless they allege imminent danger of serious physical injury.  Here, the plaintiff's complaint seeks records under the Freedom of Information Act.  (Doc. 1 at 1-2; *see*

Doc. 8 at 2). Accordingly, the plaintiff's complaint is subject to § 1915(g). In any event, the court declines the plaintiff's invitation to declare the three-strikes provision unconstitutional. The plaintiff's objections are **OVERRULED**. (Doc. 8).

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, all claims presented in this matter are due to be dismissed without prejudice under the three-strikes provision of 28 U.S.C. § 1915(g).

A final judgment will be entered.

**DONE** and **ORDERED** May 22, 2023.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE